**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CENTURION MPP PTE LTD.;

Petitioner,

- against -

INDUSTRIAL MARITIME CARRIERS, LLC;

Respondent.

Civ. No. 1:26-cv-07520-JGK

**THIS MATTER** having been brought before this Court by Petitioner Centurion MPP Pte Ltd. ("Centurion"), by and through its attorneys Blank Rome LLP, upon the filing of a Petition pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards ("New York Convention") and Chapter Two of the Federal Arbitration Act, 9 U.S.C. §§ 201 *et seq.* ("FAA") recognizing, confirming and enforcing the arbitration panel's final award entered in its favor on June 26, 2026 ("Award"), against Respondent Industrial Maritime Carriers, LLC ("IMC"), and for the entry of judgment thereon, and appearing to the Court from the facts alleged in the supporting Declaration and exhibit, and the accompanying Memorandum of Law, and for other good cause appearing for the entry of this Order;

**IT IS** on this 9th day of September 2026,

**ORDERED** that Respondent show cause before this Court, upon written submission, why an Order should not be entered (1) recognizing, confirming and enforcing the Award against Respondent pursuant to the New York Convention and FAA; (2) for the entry of judgment thereon; and (3) granting Centurion such other and further relief as the Court may deem just and appropriate; and

**IT IS FURTHER ORDERED,** that service of a copy of this Order, together with the papers upon which it is based, by courier service upon Respondent Industrial Maritime Carriers, LLC, 2900 North Loop West, Suite 1100, Houston, Texas 77092, and by email to its counsel Galloway, Johnson, Tompkins, Burr & Smith (Jason Waguespack, JWaguespack@gallowaylawfirm.com and Andrew Waters, AWaters@gallowaylawfirm.com), on or before 9/11, 2026 at 3:00 ~~a.m.~~/p.m., shall be deemed good and sufficient service; and

**IT IS FURTHER ORDERED,** that answering papers, if any, are to be filed electronically on CM/ECF on or before 10/2/26;

**IT IS FURTHER ORDERED,** that reply papers, if any, are to be filed electronically on CM/ECF on or before 10/14/26.

Centurion has made no prior application for the requested relief.

SO ORDERED;

[signature]

Hon. JOHN G. KOELTL
United States District Judge

Dated: 9/9, 2026