**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CENTURION MPP PTE LTD.,**

**Petitioner,**

**- against -**

**INDUSTRIAL MARITIME CARRIERS, LLC,**

**Respondent.**

**26-cv-7520 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The time for the respondent to file a response to the order to show cause dated September 9, 2026 (ECF No. 10) was originally October 2, 2026. To date, no response been filed.

The time for the respondent to file a response is extended to **October 19, 2026.** The time for the petitioner to reply is extended to **October 26, 2026.** If there is no response, the petition to confirm (ECF No. 1) will be decided on the current papers.

The petitioner is directed to serve a copy of this Order on the respondent and to note service on the record.

**SO ORDERED.**

**Dated:** **New York, New York**
**October 6, 2026**

**John G. Koeltl**
**United States District Judge**