UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENTURION MPP PTE LTD.,

Petitioner,

-v-

INDUSTRIAL MARITIME CARRIERS, LLC,

Respondent.

Case No.: 1:26-cv-07520 (JGK)

**FINAL JUDGMENT ON CONSENT**

Upon the joint motion of the parties, and the stipulation and consent of Industrial Maritime Carriers, LLC to the entry of judgment, and due deliberation having been had thereon, and

ORDERED, ADJUDGED and DECREED, that Judgment be entered against Industrial Maritime Carriers, LLC in the following amounts:

1) the principal sum of $1,304,309.40, less credit for any payments received by Centurion (the "Net Principal Sum");

2) all post-Award interest that has accrued on the Net Principal Sum at the rate of 6.75% per annum from July 26, 2026, through the date of entry Judgment on Consent; and

3) post-judgment interest on the Net Principal Sum that accrues from the date of entry of this Final Judgment on Consent until satisfaction of the Net Principal Sum at the annual rate per 28 U.S.C. § 1961.

It is further ORDERED, ADJUDGED and DECREED, that this is the judgment of this Court and the clerk is hereby directed to enter same as such.

Dated: New York, New York

10/15, 2026

[signature]

U.S.D.J.

JUDGMENT ENTERED

________________________________

Clerk, United States District Court

Southern District of New York