UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENTURION MPP PTE LTD.,

Petitioner,

- against -

INDUSTRIAL MARITIME CARRIERS, LLC,

Respondent.

26-cv-7520 (JGK)

Order

John G. Koeltl, District Judge:

In view of the Final Judgment entered on October 15, 2026, the Clerk is respectfully requested to close the case and close all open motions.

SO ORDERED.

Dated: New York, New York
November 20, 2026

John G. Koeltl
United States District Judge